THE PEOPLE OF THE STATE OF NEW YORK ex rel. CENTRAL ZONE PROPERTY CORPORATION, Relator, v. MARK GRAVES and Others, Constituting the State Tax Commission, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of DONALD NEALIN and Others, Respondents, against INTERNATIONAL PAPER COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Estate of ELIZABETH STEWART HESLER, Deceased. In the Matter of the Estate of MARY L. LILLIE, Deceased.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. The decision of March 17, 1937 [250 App. Div. 803], is amended by making the costs therein allowed payable out of the Hesler estate. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN U. TROY, Relator, v. MARK GRAVES and Others, Constituting the State Tax Commission, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of ANDREW P. HARTMANN, Petitioner, Respondent, against MORRIS S. TREMAINE, Comptroller of the State of New York, as Head of the New York State Employees' Retirement System, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Hill, P. J.. McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOHN ALFRED CARLSON, Respondent, against DEVOE & REYNOLDS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.